**Daniel BRINSON, Plaintiff–Appellant,**

v.

**CONSOLIDATED RAIL CORPORA-TION, CSX Transportation, De-fendants–Appellees.**

**Docket No. 01–7448.**

United States Court of Appeals, Second Circuit.

April 3, 2002.

Steven L. Kantor, Williamsville, NY, for Appellant.

Scott A. Barbour, McNamee, Lochner, Titus & Williams, Albany, NY, for Appellees.

Present CARDAMONE, PARKER and B.D. PARKER, Jr., Circuit Judges.

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the decision of said District Court be and it hereby is AF-FIRMED.

Plaintiff-appellant Daniel Brinson ("Brinson") appeals from the judgment of the district court entered March 28, 2001 granting the motion to dismiss of defen-dants-appellees Consolidated Rail Corp. ("Conrail") and CSX Transportation ("CSX"). *Brinson v. Consol. Rail Corp.*, No. 99–CV–2196, slip op. at 7 (N.D.N.Y. Mar. 28, 2001).

Brinson brought suit under the Federal Employers' Liability Act ("FELA"), 45 U.S.C. § 51 *et seq.*, against defendants-appellees to recover for injuries he sus-tained in January 1997 when he attempted to operate a track switch while working as a brakeman for Conrail. The district court granted defendants' motion sum-mary judgment because Brinson was un-able to adduce any evidence of negligence on behalf of the defendants. We affirm for substantially the same reasons as set forth by the district court.

For the reasons set forth above, the judgment of the district court is AF-FIRMED.